```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

-against- 					18-cr-0899 (LAK)

FELIX JACOB SALOMON GUILLEN,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The government shall file its response to the defendant's motion for compassionate release on or before April 13, 2021. Any reply by defendant shall be filed on or before April 20, 2021.

      SO ORDERED.

Dated:     March 23, 2021

                                                    Lewis A. Kaplan
                                          United States District Judge